## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adolfo Aviles-Hernandez, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

### AGENT BACKGOUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosive (ATF) and have been so employed since September of 2023. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, GA, where I received more than 1080 hours of training, including but not limited to firearms ID and handling, executing warrants, defensive tactics, interview techniques, surveillance techniques, undercover operations, investigation techniques, and others. I have a bachelor's degree in criminal justice from the Interamerican University of Puerto Rico.

2. In addition, I have had conversations and worked alongside other experienced local, state and federal law enforcement officers, as well as state and federal prosecuting attorneys concerning violations of firearms and narcotics laws.

3. Through training and investigations, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they in turn reported to me.

## FACTS THAT ESTABLISH PROBABLE CAUSE

6. On December 2024, ATF received information about a WhatsApp conversation found on an abandoned phone involving the selling and purchase of firearms. That abandoned phoned was communicating with (939) XXX-5953 regarding the sale of firearms.

7. The investigation revealed that (939) XXX-5953 was used by Noriel Ivan ALVARADO-MOJICA. In the lengthy conversation, which began on or about November 25, 2024, ALVARADO-MOJICA offers firearms to the other individual. Furthermore, ALVARADO-MOJICA sent images and videos depicting the firearms being sold.

8. A criminal history check conducted by ATF on ALVARADO-MOJICA revealed that he was charged with felony offenses by the Special Investigations Bureau ("Negociado de Investigaciones Especiales" or "NIE") during the month of June 2024 for firearms trafficking. He was arrested that same month. The state prosecution for firearm trafficking against ALVARADO-MOJICA remain ongoing. ALVARADO-MOJICA was released with electronic monitoring to reside with his grandmother at Condominio Parque San Anton.

9. On February 5, 2025, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agents executed a federal search warrant (Case No. 25-074) against ALVARADO-MOJICA's current residence of record located at Condominio Parque San Anton in the municipality of Carolina, Puerto Rico.

10. During the search warrant execution, ATF agents found ALVARADO-MOJICA, his grandmother, and another adult female. Agents confirmed ALVARADO-MOJICA had an ankle location monitoring device.

11. Prior to commencing the search, Puerto Rico Police Bureau (PRPB) agents deployed a PRPB K-9 certified to detect firearms. During the deployment of the K-9, an ATF agent was present. PRPB K-9 alerted in different areas inside of the dwelling.

12. In one of the rooms where agents saw several boxes of male athletic shoes, ATF agents found inside of a shoebox the following items:

    a. One (1) Glock pistol, model 23, 40mm caliber, serial number: BXDL681
    b. Six (6) pistol magazines
    c. One hundred and fourteen (114) rounds of caliber 40mm ammunition
    d. One (1) Black Vortex Phone
    e. One (1) Pink in color iPhone 16
    f. One (1) black and gray Jordan bag

13. The Glock pistol had an attached device protruding from the back (known as a "chip") that, based on my training and experience, is designed to convert a semi-automatic pistol into a machinegun. A dry field test preliminarily determined that the firearm is capable of firing more than one round with a single function of the trigger, making it a machinegun.

14. ATF agents arrested ALVARADO-MOJICA and read him his Miranda Rights and transported ALVARADO-MOJICA to the ATF San Juan office.

15. ATF agents interviewed ALVARADO-MOJICA. Prior to commencing the interview, ATF agents read ALVARADO-MOJICA his Miranda Rights which he understood and signed. ALVARADO-MOJICA waived his rights to have counsel present and agreed to answer ATF agent's questions.

16. According to ALVARADO-MOJICA, he had been living in his grandmother residence since approximately June or July of 2024. Furthermore, ALVARADO-MOJICA

specified he had a pending state case for firearms violations, hence the fact he had an ankle monitor.

17. ALVARADO-MOJICA admitted that the firearm seized in his grandmother's residence was his. ALVARADO-MOJICA stated the shoeboxes found in the bedroom where the firearm was found are his. ALVARADO-MOJICA mentioned he received the firearm from a friend after he had the ankle monitor installed. ALVARADO-MOJICA specified that the device protruding from the back of the pistol slide is a "chip" and that is intended to convert the firearm to automatic.

18. ALVARADO-MOJICA gave ATF agents written consent to search electronic device described as iPhone 16 pink in color. Among other things, in the electronic device, ATF agents observed images and videos of firearms, conversion devices, and photos of the firearm seized during the search warrant.

19. Based on the above facts, I have probable cause to believe that Noriel Ivan ALVARADO-MOJICA has violated federal firearm laws: 18 U.S.C. §§ 922(o) (knowing possession of a machinegun).

Respectfully submitted,

Adolfo Aviles-Hernandez
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn by telephone pursuant to the requirements of Fed. R. Crim. P. 4.1 by at 3:50 p.m. on February 5, 2025.

Digitally signed by Hon. Bruce J. McGiverin

HON. BRUCE J MCGIVERIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO